UNITED STATES BANRKUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                              Chapter 11

LA BONITA OLE, INC.,                                Case No. 8:08-bk-10512-MGW

           Debtor.
_____/

**JOINT MOTION TO CONTINUE HEARINGS
SCHEDULED ON SEPTEMBER 30, 2009 AT 10:00 A.M.**

La Bonita Ole, Inc. (the "**Debtor**"), by and through its undersigned attorneys, and SunTrust Bank ("**SunTrust**") (collectively, the "**Parties**"), by and through its undersigned attorneys, file this Joint Motion to Continue Hearings Scheduled on September 30, 2009 at 10:00 a.m. (the "**Motion**"), and state:

1.    At the hearing on August 19, 2009, the Court set the hearing on confirmation of the Joint Plan, and continued the hearings on the other matters on its calendar, to be heard on September 30, 2009 at 10:00 a.m..

2.    The Parties, request a continuance of all matters, as set forth below, on the Court's calendar for September 30, 2009 at 10:00 a.m, to **November 4, 2009 at _____ \_\_.m.:**

    a.    Approval of Joint Disclosure Statement and Confirmation of Joint Plan;

    b.    Debtor's Emergency Motion for Authority to Use Cash Collateral (Doc. No. 16);

    c.    Application for Allowance of Administrative Expense by SunTrust Bank (Doc. No. 261);

    d.    Second Interi Application for Compensation by Athena Capital Partners, Inc. (Doc. No. 156);

    e.    Third Interim Application for Compensation by Athena Capital Partners, Inc. (Doc. No. 157);

    f.    Fourth Interim Application for Compensation by Athena Capital Partners (Doc. No. 283);

    g.    Renewed Motion to Appoint Chapter 11 Trustee or Convert To Chapter 7 by SunTrust Bank (Doc. No. 262); and

    h.    Second Interim Application for Compensation by Shumaker, Loop & Kendrick, LLP as Special Counsel (Doc. No. 302)

WHEREFORE, the Parties respectfully request that this Court enter its order continuing the hearings scheduled on September 30, 2009, at 10:00 a.m. to **November 4, 2009 at _____ \_\_.m.**, and for such other and further relief as this Court deems just.

| | |
|---|---|
| /s/ Lynn Welter Sherman | /s/ Don M. Stichter |
| Lynn Welter Sherman | Don M. Stichter |
| Florida Bar No. 375616 | Florida Bar No. 078280 |
| Shutts & Bowen LLP | Stichter Riedel Blain & Prosser, P.A. |
| 100 S. Ashley Dr., Ste. 1500 | 110 E. Madison St., Ste. 200 |
| Tampa, FL 33602 | Tampa, FL 33602 |
| 813-229-8900 | 813-229-0144 |
| 813-229-8901 (facsimile) | 813-229-1811 (facsimile) |
| lsherman@shutts.com | dstichter@srbp.com |
| Attorneys for SunTrust | Attorneys for the Debtor |
| Dated: September 29, 2009 | Dated: September 29, 2009 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing Motion to Continue Confirmation Hearing was furnished by electronic CM/ECF transmission or first class U.S. Mail, postage prepaid, on September 29, 2009, to:

L.B.R. 1007-2 Parties in Interest

/s/ Don M. Stichter
Don M. Stichter
Florida Bar No. 078280

```
Label Matrix for local noticing          Advantage Sales & Marketing              Allied Blending & Ingredients
113A-8                                    PO Box 1691                              PO Box 8266
Case 8:08-bk-10512-MGW                    Pasadena, CA 91110-0001                  Des Moines, IA 50301-8266
Middle District of Florida
Tampa
Tue Sep 29 15:56:08 EDT 2009

Allied Blending and Ingredients, Inc.     Allied Blending and Ingredients, Inc. and   American Express Bus Man Acct
Attn:  Darlene Young, Accounting Mgr      Ingredients Unlimited, Inc.                 PO Box 360002
121 Royal Road                            PO Box 172727                               Fort Lauderdale, FL 33336-0002
Keokuk, IA 52632-2028                     Tampa, FL  33672-0727


American Express Capital Line             American Express Platinum                Athena Capital Partners, Inc.
PO Box 360002                             PO Box 360001                            c/o Alberto F. Gomez, Jr.
Fort Lauderdale, FL 33336-0002            Fort Lauderdale, FL 33336-0001           Morse & Gomez, PA
                                                                                   119 S. Dakota Ave.
                                                                                   Tampa, FL 33606-1813


Azteca Milling                            Best Brands Corporation                  ConAgra Food, Inc.
PO Box 843769                             1350 Energy Lane, #200                   Attn: Todd Banchor
Dallas, TX 75284-3769                     Lockbox 5750                             One ConAgra Dr., Mailstop 1/220
                                          Saint Paul, MN 55108-5254                Omaha, NE 68102-5003


Crossmark, Inc.                           Focus Marketing of FL, Inc.              Gilbert Weisman
PO Box 844317                             Attn: Karen Hopewell                     c/o Becket and Lee LLP
Dallas, TX 75284-4317                     PO Box 100                               POB 3001
                                          San Antonio, FL 33576-0100               Malvern PA 19355-0701


Alberto F Gomez Jr.                       Theodore J. Hamilton                     Thomas W Heintschel
Morse & Gomez, PA                         Wetherington, Hamilton, Harrison & Fair  Frederickson Heintschel & King Co LPA
119 S. Dakota Avenue                      1010 N. Florida Ave.                     405 Madison Avenue
Tampa, FL 33606-1813                      Tampa, FL 33602-3808                     Suite 1212
                                                                                   Toledo, OH 43604-1247


David E Hicks                             Ingredient & Flavor Solutions            LAWRENCE EQUIPMENT
Dennis LeVine & Associates, PA            1614 1H 35 North                         c/o LABOWE, LABOWE & HOFFMAN, LLP
PO Box 707                                New Braunfels, TX 78130-2502             1631 W. BEVERLY BLVD., 2ND FLOOR
Tampa, FL 33601-0707                                                               LOS ANGELES, CA 90026-5710


LOBO Tortilla Factory                     Richard W Labowe                         Benjamin E. Lambers
7777 Hines Place                          Labowe Labowe & Hoffman LLP              Timberlake Annex
Dallas, TX 75235-3312                     1631 West Beverly Boulevard              501 E. Polk Street, Suite 1200
                                          2nd Floor                                Tampa, FL 33602-3945
                                          Los Angeles, CA 90026-5710


Lawrence Equipment                        Packaging Corp of America                Patmar
2043 North Peck Road                      2155 42nd Street NW                      8802 E Broadway Avenue
South El Monte, CA 91733                  Winter Haven, FL 33881-1947              Tampa, FL 33619-7702


Patmar Supply Company                     Peninsula Trucking                       Pexco Packaging Corporation
Attn: Dennis LeVine and Associates, P.A.  31545 CR 437                             PO Box 6540
POB 707                                   Sorrento, FL 32776-9369                  Toledo, OH 43612-0540
Tampa, FL  33601-0707
```

| | | |
|---|---|---|
| Pexco Packaging Corporation<br>c/o Frederickson, Heintschel & King Co.,<br>405 Madison Ave., Suite 1212<br>Toledo, Ohio 43604-1207 | Lynn Welter Sherman<br>Shutts & Bowen, LLP<br>100 South Ashley Drive, Suite 1500<br>Tampa, FL 33602-5342 | Shumaker, Loop & Kendrick, LLP<br>101 East Kennedy Boulevard, Suite 2800<br>Tampa, FL 33602-5153 |
| Don M Stichter<br>Stichter, Riedel, Blain & Prosser<br>110 East Madison Street, Suite 200<br>Tampa, FL 33602-4718 | Scott A Stichter<br>Stichter, Riedel, Blain & Prosser<br>110 E. Madison Street, Suite 200<br>Tampa, FL 33602-4718 | SunTrust Bank<br>c/o Lynn Welter Sherman<br>Hill, Ward & Henderson, P.A.<br>Post Office Box 2231<br>Tampa, Florida 33601-2231 |
| Gilbert Barnett Weisman<br>Becket & Lee LLP<br>16 General Warren Blvd<br>P O Box 3001<br>Malvern, PA 19355-0701 | William-Allen Company, Inc.<br>9239 Akcan Circle, NW<br>Canton, OH 44720-4581 | Xigent<br>200 Welford Trace<br>Suite 250<br>Alpharetta, GA 30004-6623 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Arthur W. Fisher III

End of Label Matrix
Mailable recipients    38
Bypassed recipients     1
Total                  39